AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>**ADAM RUTH**<br>*Defendant(s)* | )<br>)<br>) Case No. 25-mj-577-CDL<br>)<br>)<br>)<br>) |

FILED
JUL 07 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 30, 2025__ in the county of __Rogers__ in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute Methamphetamine |
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Relation to Any Crime of Violence or a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Hayden Tuggle, DEA Special Agent
*Printed name and title*

Sworn to before me by phone.

Date: July 7, 2025

_____
*Judge's signature*

City and state:  Tulsa, OK

Christine D. Little, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

1. I, Special Agent Hayden Tuggle, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

2. I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice (DOJ). I have been a DEA Special Agent since September 2024. I am currently assigned to the Tulsa Resident Office (TRO), in Tulsa, Oklahoma, and I am an "investigative or law enforcement officer" of the United States as defined in 21 U.S.C. § 878(a). I was previously employed with the St. Petersburg Police Department. I worked as a Police Officer for approximately six years.

3. During my law enforcement career, I have received specialized training from various federal and local law enforcement agencies. Pertinent to the current investigation, this training includes methods of unlawful manufacturing and distribution of illegal narcotics, methods of drug trafficking, as well as how drug traffickers derive, launder, and conceal their profits from drug trafficking. Additionally, I have received extensive training through my involvement in numerous investigations alongside officers at both the federal and local level. These investigations include, among other subjects, drug and firearm violations.

4. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause for the requested warrant, and therefore does not include every fact I have learned during this investigation.

5. Based on my training, research, experience, and the facts as set forth in this Affidavit, there is probable cause to believe that ADAM RUTH (DOB XX/XX/1983) has violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine), 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm), and 18 U.S.C. § 924(c) (Possession of a Firearm in Relation to Any Crime of Violence or a Drug Trafficking Crime), and that these violations occurred within the Northern District of Oklahoma.

6. It is therefore requested that this Court issue a complaint and arrest warrant for ADAM RUTH.

## INVESTIGATIVE BACKGROUND

7. On June 30, 2025, at approximately 12:00 p.m., Tulsa Police Department Officers C. Franks and O. Donato were conducting physical surveillance in the area of 7900 S. Sheridan Rd, Tulsa, Oklahoma. This address is associated with Adam Ruth, a known methamphetamine / fentanyl trafficker in Tulsa, Oklahoma.

8. While on surveillance, Officer Franks and Donato observed a male wearing a red shirt begin to enter a gray Dodge truck at approximately 12:00 p.m. Officers positively identified the male as Adam Ruth, a known felon with convictions for Possession with intent to Distribute a Controlled Substance and Possession of a Firearm by a Convicted Felon. Prior to Ruth entering the gray Dodge truck, Officer

Franks observed Ruth grasp a black firearm on the right side of his waistband. Officers then observed Ruth and an unknown male enter the gray Dodge truck. A short while later, Ruth and the male exited the gray Dodge truck and walked to the north side of the building, out of the sight of officers.

9. At approximately 1:45 p.m., Officers observed Ruth and an unknown male and female walking through the parking lot. Officers observed Ruth carrying multiple bags including a black tactical pack. Ruth and the unknown male and female entered a maroon 2004 Cadillac CTS with tribal tag N4533C. Officers observed the maroon Cadillac CTS to have a broken drivers side tail light. Officers observed Ruth get into the rear passenger seat. The vehicle left the location and drove out of the sight of officers.

10. Officers were able to find the maroon Cadillac at approximately 2:30 p.m., at a gas pump at the "Fastop Gas station" located at 1502 N Yale Avenue, Tulsa, Oklahoma. At this time, Officers observed Ruth, the same unknown male and two unknown females enter the maroon Cadillac. Officers noted that Ruth was still wearing the same red shirt that they observed him wearing earlier in the day. Officers observed Ruth get into the rear passenger seat of the maroon Cadillac.

11. Officer Donato contacted a Tulsa Police department marked patrol unit, at which time Officer Brown arrived in the area of Yale Avenue and Pine Street to assist. Officer Donato briefed Officer Brown on their observations of seeing Ruth with a firearm and his demographics.

12. Officer Brown observed the maroon Cadillac in the area of 3600 East Pine Street. Officers observed the maroon Cadillac conduct an improper lane change without signaling. Due to the traffic violation, Officer Brown conducted a traffic stop on the maroon Cadillac. The maroon Cadillac came to a stop near 3100 East Pine Street.

13. While Officer Brown was approaching the vehicle, the driver of the maroon Cadillac (unknown male) stated the windows did not roll down. Officer Brown requested the doors to be opened on the driver's side of the maroon Cadillac due to the dark window tint. Officer Brown noted that Ruth was sitting in the rear passenger seat and observed Ruth clutching his waistband and attempting to turn his body away from officers. The four occupants of the maroon Cadillac provided Officer Brown with their demographics. Ruth provided Officer Brown with the name "Tony Ruth" and a date of birth of 11/10/1980, which Officer Brown knew was false information.

14. Due to prior knowledge of Ruth having a firearm, Officer Brown and assisting officers decided to have the occupants step out one-by-one for officer safety. Before Officer Brown could begin giving verbal commands, the unknown male and both females exited the vehicle in distress. The unknown male and one of the females told officers that Ruth threatened to shoot the unknown male (driver) if he did not flee the traffic stop, which caused the three unknown occupants to exit the vehicle.

15. Officer Franks observed Ruth climb from the rear passenger seat into the front driver's seat of the maroon Cadillac and flee the scene northbound at a high rate

of speed, running multiple stop signs. Officers then engaged in a vehicle pursuit with Ruth who was driving the maroon Cadillac.

16.     After a brief vehicle pursuit, Officer Mcree located the maroon Cadillac in the area of Ute Street and Lewis Avenue. Officer Mcree observed a white male with a red shirt running southbound through residential yards. TPD officers set up a perimeter of the area, and TPD K9 officers began to track. TPD K9 officers tracked and located Ruth a few houses south of the maroon Cadillac's location. Ruth did not comply with Officers commands and was bit by a TPD K9 unit. Due to the dog bite, Ruth was transported to St. Johns hospital for treatment. Officer Franks searched Ruth and located a bag containing 2.5 grams of a substance that tested presumptive positive for fentanyl in Ruth's right front coin pocket. After being released from St. Johns Hospital, Ruth was transported to the Rogers County Jail without incident.

17.     Officer Mckinney located a firearm (Smith and Wesson M&P bodyguard .380) on the ground which was in the direct path that Ruth was running after abandoning the maroon Cadillac.

18.     Officer Franks and Donato searched the maroon Cadillac. Officer Franks located a chamber loaded Ruger 9mm firearm on the driver's seat, where Ruth was sitting before running from the vehicle. In the back seat, Officer Donato located a black bag that contained a chamber loaded Smith and Wesson firearm. In the rear passenger seat, where Ruth was originally sitting, Officer Donato located a black tactical pack, which appeared to be the same one that officers observed Ruth carrying earlier in the day. Inside of the black tactical pack, Officer Donato located multiple small bags

containing a crystal-like substance, which tested presumptive positive for methamphetamine. The total weight of the methamphetamine was approximately 635 grams.

19. Officer Donato located a chamber loaded firearm (Smith and Wesson M&P bodyguard) under the passenger seat. The firearm under the passenger seat was reported stolen in 2024.

20. The firearms, methamphetamine, and fentanyl were transported to the SID TPD property room for storage.

21. Based on the foregoing, I believe there is probable cause that ADAM RUTH (DOB XX/XX/1982) is in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine), 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm), and 18 U.S.C. § 924(c) (Possession of a Firearm in Relation to Any Crime of Violence or a Drug Trafficking Crime), It is therefore respectfully requested this Court issue a complaint and arrest warrant for ADAM RUTH.

_____
Hayden Tuggle, SA
Drug Enforcement Administration

Sworn and subscribed to me by telephone this ___7th___ day of July, 2025.

_____
Christine D. Little, United States Magistrate Judge